Larry Lamont BUSH, Petitioner— Appellant,

v.

USA, Respondent—Appellee.

No. 12–6456.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2012.

Decided: Aug. 20, 2012.

Larry Lamont Bush, Appellant pro se.

Before NIEMEYER and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

PER CURIAM:

Larry Lamont Bush appeals the district court's order denying his petition for a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Bush v. United States*, No. 1:11–cv–02859–JFM (D.Md. Feb. 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*